1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAIDEH HABIBI,                           Case No. 2:25-cv-1507-DC-JDP (PS)

12            Plaintiff,

13       v.                                    ORDER TO SHOW CAUSE

14    ORANGE COUNTY, SOCIAL
      SERVICES AGENCY,
15
              Defendant.
16

17
          On June 9, 2025, I screened plaintiff's complaint and dismissed it for failure to state a

18
   claim. ECF No. 7. I ordered plaintiff to file, within thirty days, either an amended complaint or a

19
   notice of voluntary dismissal of this action. *Id.* To date, plaintiff has not complied with that

20
   order.

21
          The court has the inherent power to control its docket and may, in the exercise of that

22
   power, impose sanctions where appropriate, including dismissal. *Bautista v. Los Angeles Cnty.*,

23
   216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to

24
   comply with these Rules or with any order of the Court may be grounds for imposition by the

25
   Court of any and all sanctions . . . within the inherent power of the Court."). A court may dismiss

26
   an action based on a party's failure to prosecute an action, failure to obey a court order, or failure

27
   to comply with local rules. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)

28
                                              1

1 (dismissal for lack of prosecution and failure to comply with local rules).

2       I will give plaintiff a chance to explain why the court should not dismiss the case for her

3 failure to file an amended complaint.  Plaintiff's failure to respond to this order will constitute

4 another failure to comply with a court order and will result in a recommendation that this action

5 be dismissed.  Accordingly, plaintiff is ordered to show cause within fourteen days why this case

6 should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to

7 state a claim.  Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen

8 days, an amended complaint.

9

10 IT IS SO ORDERED.

11

Dated:    July 14, 2025                        _____
12                                              JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28