# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIDEH HABIBI, | Case No. 2:25-cv-1507-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| ORANGE COUNTY, SOCIAL SERVICES AGENCY, | |
| Defendant. | |

Plaintiff has filed a request for an extension of time to file an amended complaint. Good cause appearing, the request will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 9, is GRANTED.

2. Plaintiff is granted until August 18, 2025, to file an amended complaint.

IT IS SO ORDERED.

Dated:  July 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE