UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIDEH HABIBI, | Case No.  2:25-cv-1507-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| ORANGE COUNTY, SSA, | |
| Defendant. | |

Plaintiff has filed a request for a sixty-day extension of time to file an amended complaint. Good cause appearing, the request is granted in part.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 16, is GRANTED in part.

2.  Plaintiff is granted until March 19, 2026, to file a second amended complaint.

IT IS SO ORDERED.

Dated:    February 18, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1